**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert F Knight | Social Security number or ITIN  xxx−xx−0954 |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Deborah Knight | Social Security number or ITIN  xxx−xx−2467 |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16−10471−ABA | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Robert F Knight                     Deborah Knight

   4/10/19                              **By the court:** Andrew B. Altenburg Jr.
                                                                             United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                             District of New Jersey

In re:                                                          Case No. 16-10471-ABA
Robert F Knight                                                 Chapter 13
Deborah Knight
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 3              Date Rcvd: Apr 10, 2019
                              Form ID: 3180W           Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2019.
db/jdb         +Robert F Knight,    Deborah Knight,    51 South Central Ave,     Sicklerville, NJ 08081-9348
aty            +Fein, Such, Kahn & Shepard PC,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
cr             +Toyota Motor Credit Corporation, as servicer for T,     P. O. Box 9013,    Addison, TX 75001-9013
lm              Wells Fargo Bank NA,    7255 Baymeadows,    Wa,Des Moines, IA 50306
517270227     #+Alexander Westerhoff,    c/o Nicoll Davis & Spinella LLP,     95 Route 17 South, Suite 316,
                 Paramus, NJ 07652-2626
515940235      +Bby/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
515940237      +Cap One,    701 East 60th Street,    Sioux Falls, SD 57104-0432
515940242      +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,     Po Box 790040,
                 Saint Louis, MO 63179-0040
515940243       Classic Imports,Inc,    3000 Route 42,    Blackwood, NJ 08012
515940246      +DRA,    5068 W, Plano Parkway # 300,    Plano, TX 75093-4409
515940249      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
515940255      +Pnc Bank,    Po Box 5570,    Cleveland, OH 44101-0570
516114971      +Toyota Lease Trust,    PO Box 9013,    Addison. Texas 75001-9013
516069163      +Toyota Lease Trust,    c/o TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 9013,
                 ADDISON, TEXAS 75001-9013
515940263      +Weisfield Jewelers/Sterling Jewelers Inc,     Attn: Bankruptcy,    Po Box 1799,
                 Akron, OH 44309-1799
515940265       Wells Fargo Hm Mortgag,    7255 Baymeadows Wa,    Des Moines, IA 50306
517270220     #+c/o Nicoll Davis & Spinella LLP,    95 Route 17 South, Suite 316,     Paramus, NJ 07652-2626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2019 23:27:04       U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2019 23:26:59       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515940234       EDI: HNDA.COM Apr 11 2019 02:58:00      American Honda Finance,    Po Box 168088,
                 Irving, TX 75016
516043095       EDI: AIS.COM Apr 11 2019 02:58:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,   Oklahoma City, OK   73124-8838
515940236       EDI: BANKAMER.COM Apr 11 2019 02:58:00       Bk Of Amer,   Po Box 982235,    El Paso, TX 79998
515940241       EDI: CITICORP.COM Apr 11 2019 02:58:00       Childrens Place/Citicorp Credit Services,
                 Attn: Citicorp Credit Services,    Po Box 20507,    Kansas City, MO 64195
515940238      +EDI: CAPITALONE.COM Apr 11 2019 02:58:00       Capital 1 Bank,   Attn: General Correspondence,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
515972083       EDI: CAPITALONE.COM Apr 11 2019 02:58:00       Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
515947725      +E-mail/Text: bankruptcy@cavps.com Apr 10 2019 23:27:24       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
515940239      +EDI: CHASE.COM Apr 11 2019 02:58:00      Chase,    201 N. Walnut St//De1-1027,
                 Wilmington, DE 19801-2920
515940240      +EDI: CAUT.COM Apr 11 2019 02:58:00      Chase auto,    Attn: National Bankruptcy Dept,
                 Po Box 29505,    Phoenix, AZ 85038-9505
515940244      +EDI: WFNNB.COM Apr 11 2019 02:58:00      Comenity Bank/Dress Barn,    Attention: Bankruptcy,
                 P.O. Box 182686,    Columbus, OH 43218-2686
515940245      +EDI: WFNNB.COM Apr 11 2019 02:58:00      Comenity Bank/Mandees,    Attn: Bankruptcy,
                 Po Box 182686,    Columbus, OH 43218-2686
515940247      +EDI: TSYS2.COM Apr 11 2019 02:58:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
515940250      +EDI: RMSC.COM Apr 11 2019 02:58:00      GECRB/JC Penny,    Attention: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
515940251       EDI: RMSC.COM Apr 11 2019 02:58:00      GECRB/Old Navy,    Attn: Bankruptcy,    Po Box 130104,
                 Roswell, GA 30076
515940252      +EDI: RMSC.COM Apr 11 2019 02:58:00      GECRB/Sams Club,    Gecrb/Sams Club,    Po Box 103104,
                 Roswell, GA 30076-9104
516133426       EDI: JEFFERSONCAP Apr 11 2019 02:58:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
515940253      +EDI: CBSKOHLS.COM Apr 11 2019 02:58:00       Kohls/capone,   N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
515940253      +E-mail/Text: bncnotices@becket-lee.com Apr 10 2019 23:26:13       Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515940254      +EDI: TSYS2.COM Apr 11 2019 02:58:00      Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
516145779       EDI: PRA.COM Apr 11 2019 02:58:00      Portfolio Recovery Associates, LLC,    c/o Best Buy,
                 POB 41067,   Norfolk VA 23541
515976112       EDI: Q3G.COM Apr 11 2019 02:58:00      Quantum3 Group LLC as agent for,
                 Crown Asset Management LLC,    PO Box 788,    Kirkland, WA 98083-0788
515940257      +EDI: SEARS.COM Apr 11 2019 02:58:00      Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
515940256      +EDI: SEARS.COM Apr 11 2019 02:58:00      Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
515940258      +EDI: RMSC.COM Apr 11 2019 02:58:00      Syncb/lord & Tay,    Po Box 965015,
                 Orlando, FL 32896-5015
515940259      +EDI: RMSC.COM Apr 11 2019 02:58:00      Syncb/tjx Cos,   Po Box 965015, Orlando, FL 32896-5015
```

```
District/off: 0312-1            User: admin              Page 2 of 3              Date Rcvd: Apr 10, 2019
                                Form ID: 3180W           Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
515940261      EDI: TFSR.COM Apr 11 2019 02:58:00      Toyota Motor Credit Co,    Toyota Financial Services,
                Po Box 8026,   Cedar Rapid, IA 52408
515940260     +EDI: WTRRNBANK.COM Apr 11 2019 02:58:00      Td Bank Usa/targetcred,    Po Box 673,
                Minneapolis, MN 55440-0673
515940262     +EDI: VERIZONCOMB.COM Apr 11 2019 02:58:00      Verizon,    500 Technology Dr,    Ste 550,
                Weldon Spring, MO 63304-2225
516003618      EDI: WFFC.COM Apr 11 2019 02:58:00      Wells Fargo Bank N.A.,,
                d/b/a Wells Fargo Dealer Services,    PO Box 19657,    Irvine CA 92623-9657
516132699     +EDI: WFFC.COM Apr 11 2019 02:58:00      Wells Fargo Bank, N.A.,
                Attention: Bankruptcy Department,     MAC# D3347-014,    3476 Stateview Blvd,
                Fort Mill SC 29715-7203
517665453      EDI: WFFC.COM Apr 11 2019 02:58:00      Wells Fargo Bank, N.A.,    1000 Blue Gentian Road,
                Eagan MN 55121-7700
517541738     +EDI: WFFC.COM Apr 11 2019 02:58:00      Wells Fargo Bank, N.A.,
                Attention Bankruptcy Department,    MAC# D3347-014,    3476 Stateview Blvd.,
                Fort Mills, SC 29715-7203
515940264     +EDI: WFFC.COM Apr 11 2019 02:58:00      Wells Fargo Card Ser,    1 Home Campus,    3rd Floor,
                Des Moines, IA 50328-0001
516166442     +EDI: WFFC.COM Apr 11 2019 02:58:00      Wells Fargo Card Services,    1 Home Campus 3rd Floor,
                Des Moines, IA 50328-0001
515940266     +EDI: WFFC.COM Apr 11 2019 02:58:00      Wfs Financial/Wachovia Dealer Srvs,    Po Box 3569,
                Rancho Cucamonga, CA 91729-3569
                                                                                               TOTAL: 37

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              WELLS FARGO BANK, NA,    Fein,Such,Kahn and Shepard PC
516132698       Wells Fargo Bank, N.A.
cr*           +Alexander Westerhoff,    c/o Nicoll Davis & Spinella LLP,    95 Route 17 South, Suite 316,
                Paramus, NJ 07652-2626
515940248    ##+Fein Such, Khan and Shepard,    7 Century Drive,    Parsippany, NJ 07054-4673
                                                                                TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:

```
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation, as servicer for
               Toyota Lease Trust NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Loss Mitigation    Wells Fargo Bank NA ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              R. A. Lebron    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
```

```
District/off: 0312-1           User: admin              Page 3 of 3              Date Rcvd: Apr 10, 2019
                               Form ID: 3180W           Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Steven C. DePalma    on behalf of Creditor Alexander   Westerhoff sdepalma@ndslaw.com, jdisena@ndslaw.com;jspinella@ndslaw.com;adavis@ndslaw.com;csantomassimo@ndslaw.com
        Walter D. Nealy    on behalf of Debtor Robert F Knight nealylaw@gmail.com, r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com
        Walter D. Nealy    on behalf of Joint Debtor Deborah   Knight nealylaw@gmail.com, r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com

        TOTAL: 11